UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID MALONEY, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:16-cv-2802-TWP-MPB |
| JOHNSON COUNTY, | ) |
| Defendant. | ) |

## ORDER

The parties to the above-captioned matter, by counsel, having filed a Stipulation of Dismissal, and the Court, being duly advised in the premises, now finds that said Stipulation of Dismissal should be granted. IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice. Each party shall bear its/his own costs and attorneys' fees.

SO ORDERED

Date: 8/29/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution: All CM/ECF-registered parties and counsel of record